## INITIAL APPEARANCE CALENDAR

Magistrate Judge : __James Orenstein__          Date: __3/4/19__

Magistrate Case Number: __19-196M__          LOG #: __2:14 – 2:24__

Defendant's Name: __Vitalii Antonenko__

____ Court appointed counsel.   _✓_ Defendant retained counsel.

Defense Counsel: __Chase Ruddy__          CJA:___   FDNY:___   RET: _✓_

A.U.S.A. __Kayla Bensing__          Clerk: __Felix Chin__

Interpreter : _____          Language: _____

____ ARRAIGNMENT on Complaint held.   ____ Government Agent Sworn

____ DETENTION HEARING Held:   ____ Government opposed bail for reasons stated on the record.

____ Bond set at _____.   ____ Bond set on consent of both parties.

Defendant :   ____ released   ____ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Preliminary Hearing set for:_____; or ____ waived by defendant

____ Status Conference set for:_____ before Judge _____

____ Medical memo issued.

_✓_ REMOVAL (Rule 5) PROCEEDING held. To the district of: __MA__

____ Identity hearing held. Court ____ orders removal ____ denies removal

_✓_ Defendant waives:   _✓_ identity hearing ____ preliminary hearing

____ Identity/ Removal Hearing set for: _____

_✓_ No bail application presented to the Court. Commitment to the District __of MA__ entered.

Other Comments/Rulings:_____